IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO. | ) |
| | ) |
| v. | ) NO. 3-13-1330 |
| | ) JUDGE CAMPBELL |
| YD FENCE, LLC, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Attorneys' Fees, Costs and Expenses (Docket No. 29) is GRANTED in part and DENIED in part.

Plaintiff is awarded against the Defendants, jointly and severally, attorneys' fees in the amount of $9,647.23 and expenses in the amount of $11,190.70. Plaintiff's request for "expenses" of $548.80 is actually for "costs," so Plaintiff shall file a Bill of Costs as to those expenses, in accordance with 28 U.S.C. §§ 1920 and 1924 and Local Rule 54.01.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE